STATE OF NEW JERSEY v. COUNTY OF HUDSON.

Sept. 18, 1979. Petition for certification denied. (See 161 *N.J.Super.* 29).

STATE OF NEW JERSEY v. ROBERT H. KOENING.

Sept. 18, 1979. Petition for certification denied.

RITA M. PATON v. GEORGE PATON.

Sept. 18, 1979. Petition for certification denied.

CINNAMINSON TOWNSHIP BOARD OF EDUCATION v. CINNAMINSON TEACHERS' ASSOCIATION.

Sept. 18, 1979. Petition for certification denied.

COMMERCIAL TRADING COMPANY, INC.
v.
CHERRY HILL ASSOCIATES.

Sept. 18, 1979. Petition for certification denied.

IRVING HEIR ET AL.
v.
JOHN J. DEGNAN ET AL.

Sept. 18, 1979. Certification to Division of Alcoholic Beverage Control granted.